**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 96-20599
(Summary Calendar)
_____

JAN CHRISTOPHER,

Plaintiff-Appellant,

versus

THE DEPARTMENT OF VETERANS AFFAIRS;
JESSE BROWN, Secretary,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
Houston Division
(CA-H-95-453)

_____

February 19, 1997

Before HIGGINBOTHAM, BENAVIDES, and WIENER, Circuit Judges.

PER CURIAM:[*]

In this employment case, Plaintiff-Appellant Jan Christopher appeals the decision of the magistrate judge that granted Defendants-Appellees' motion for summary judgment. Based on our review of the record, the briefs submitted by the parties, and the memorandum and order of the magistrate judge, we find, as did the magistrate judge, that the record is devoid of evidence submitted

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

by Christopher in opposition to Defendants-Appellees' motion for summary judgment. In light of the conspicuous absence of any opposing evidence, we conclude that the magistrate judge properly granted Defendants-Appellees' motion. For the foregoing reasons, we affirm the order of the district court in full.

AFFIRMED.